**Order filed July 24, 2014.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-14-00130-CR

———————

### VICTOR SANTANA, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 174th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1312173**

## ORDER

Appellant's court-appointed counsel filed a brief in which he concludes the appeal is wholly frivolous and without merit. *See Anders v. California*, 386 U.S. 738 (1967); *Gainous v. State*, 436 S.W.2d 137 (Tex. Crim. App. 1969). Counsel also certified to this court on July 7, 2014, that he provided appellant with a copy of the *Anders* brief and the complete record and advised appellant of his right to file a pro se brief in response.

If appellant desires to file a pro se brief in response to counsel's *Anders* brief, appellant's pro se brief shall be due on or before **September 8, 2014.**

PER CURIAM